AO 91 (Rev. 11/11) Criminal Complaint

# 14-104 (V. Paige Pratter)

# UNITED STATES DISTRICT COURT
for the
Eastern District of Pennsylvania

United States of America
v.
Glen Joseph

_____
Defendant(s)

FILED
OCT 30 2014
MICHAEL E. KUNZ, Clerk
By_____ Dep. Clerk

Case No. 14-1078-M



## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of  9/3/14, 9/18/14, 10/6/14, 10/8/14  in the county of  Lehigh  in the  Eastern  District of  Pennsylvania , the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. Section 875(c), | On September 3 and 18, 2014, defendant Glen Joseph knowingly transmitted in interstate or foreign commerce a communication containing a threat to injure another person, by posting a threat to a federal agent and his family on the defendant's Facebook page. On October 6 and 8, 2014, defendant Glen Joseph knowingly transmitted in interstate or foreign commerce a communication containing a threat to injure another person, by posting a threat to a Lehigh County Court of Common Pleas Judge on the defendant's Facebook page. All in violation of 18 U.S.C. Section 875(c). |

This criminal complaint is based on these facts:

See attached affidavit of FBI Special Agent Anthony V. Cavallo, incorporated herin.

☑ Continued on the attached sheet.

_____
Complainant's signature

Anthony V. Cavallo, FBI Agent
Printed name and title

Sworn to before me and signed in my presence.

Date: 10/30/2014

_____
Judge's signature

City and state:  Allentown, PA

Henry S. Perkin, U.S. Magistrate Judge
Printed name and title

14-1078M

## PROBABLE CAUSE AFFIDAVIT

I, Anthony V. Cavallo, being first duly sworn, hereby depose and state as follows:

### I. AGENT BACKGROUND

1. I am a Special Agent with the Federal Bureau of Investigation, Philadelphia Division, Allentown Resident Agency ("Allentown FBI Office"). I have been employed as a Special Agent since April 2009. As a Federal Agent, I am authorized to investigate violations of laws of the United States, and to execute arrest warrants under the authority of the United States. My current duties include gang and violent crime investigations. Prior to my employment as a Special Agent with the FBI, I was a Deputy Sheriff at the Palm Beach County Sheriff's Office in Palm Beach County, Florida for four years. During my time at the Palm Beach County Sheriff's Office, my duties included responding to calls for service, and conducting burglary, assault, fraud, and other investigations. I was also a member of the Tactical Street Crimes Unit, which conducted gang and drug investigations for the Palm Beach County Violent Crimes Task Force.

### II. INTRODUCTION

2. I am the case agent assigned to the investigation of the threats being made on the Facebook page belonging to Glen Joseph, and as such I am familiar with the information contained in this affidavit through personal investigation, discussions with other Special Agents of the FBI, other federal agencies, local law enforcement, and other witnesses, as well as other investigative techniques.

3. I make this affidavit in support of a criminal complaint to arrest Glen Joseph for violations of Title 18, United States Code, Section 875(c), interstate communication of threats. The statements contained in this affidavit are based upon my investigation, information provided by other federal and local law enforcement officers, and on my experience and training as a Special Agent of the FBI.

4. Since this affidavit is being submitted for the purpose of establishing probable cause for a criminal complaint, I am not including each and every known fact to me in this investigation.

### III. DETAILS OF THE INVESTIGATION

#### Joseph's Early Accusations of Government Surveillance

5. On or about May 27, 2010, a person identifying himself as Glen Joseph sent a letter to Lehigh County District Attorney J.M. alleging that the FBI, the Pennsylvania State Police, and the Allentown Police Department had placed surveillance equipment throughout his home, in violation of his civil rights. The author of the letter listed his home address as 1215 North 30th Street, Allentown, Pennsylvania 18104. Copies of the letter were also sent to Lehigh County Common Pleas Judge R.S. and to FBI Special Agent J.F., who at the time was the Special Agent in Charge ("SAC") of the Philadelphia FBI field office.

6. On July 23, 2010, the Philadelphia FBI Field Office received a call from a person identifying himself as Glen Joseph in which the caller made a complaint concerning equipment being installed in his home without a warrant.

7. Upon information and belief, no surveillance equipment had then nor has since been installed in Joseph's home by any federal or local law enforcement agency.

**2012 Identification of Joseph and Initial Threatening Behavior**

8. Beginning on or about April 13, 2012, the Allentown FBI field office received a series of text messages from the phone number (484) 892-2794. The text messages included the following:

> 4/13/2012: "How are your mothers doing"
> 4/18/2012: "Where is my fucking money you pieces of shit?" and "You can put the money into my account, and I am not going to stop anyway."
> 4/20/2012: "Call your mothers and tell them goodbye."

9. FBI agents checked the sending phone number through a law enforcement database, which indicated that the phone number was associated with Glen Joseph. FBI agents then checked Joseph's name in several databases, which indicated that a person named Glen Joseph resides at 1215 North 30th Street, Allentown, Pennsylvania 18104. Joseph's birthday is listed by the Pennsylvania Bureau of Motor Vehicles as May 31, 1969.

10. In May 2012, I also learned that the Allentown Police Department was conducting an investigation into threats made by Glen Joseph against its law enforcement officers and others. The Allentown Police Department told me that Glen Joseph had used his account on Facebook, the popular social media website, to make threats to kill A.S., a retired Lower Merion and Montgomery County law enforcement officer. The threats indicate that Joseph mistakenly believed that A.S. was an FBI Special Agent.

11. The Allentown Police Department provided FBI agents with identifying information on Joseph, which was consistent with the information FBI agents had collected.

12. On or about May 10, 2012, FBI agents met with Glen Joseph to discuss his text messages to the FBI and his threats against A.S. Joseph confirmed that he sent the above text messages to the FBI via his cellular telephone, confirmed that he resides at 1215 North 30th Street in Allentown, Pennsylvania, and confirmed that his Facebook username is glen.joseph.378. Joseph admitted to threatening to kill A.S., but said he did not mean it. Joseph said he would not post any threatening messages on Facebook and would not send any text messages to the FBI.

**2012 Facebook Threats**

1. Notwithstanding his commitment to cease making threats via his Facebook account, Joseph continued to do so throughout 2012.

2. **2012 Threats Against Federal Agencies Generally**: During the remainder of 2012, Joseph made a series of threats on his Facebook account against federal agencies generally. The following are selected excerpts from these threats:

    a. 8/7/12: "fbi . . . . I should have a post for you tomorrow BUT just for you to be on the safe side arrange for protection for your families  . . . . – AN EYE FOR AN EYE – give them some time to relocate and they probably want to change their last name too . . . AND to show you how good my information is I'm going THREATEN someone w/ bodily harm on facebook and you're not going to be able to do a damn thing. . . ."

    b. 8/10/12: "fbi >>> Puttin a bullet in mutherfuckers give me a reason You tried to play me now homicide is my only payment. . . ."

    c. 11/21/12: "obama administration, fbi . . . . we will ruin everything you have , the people that put me in the hospital will pay w/ their lives . . . ."

3. **2012 Threats Against Specific Federal Agents**: During the remainder of 2012, Joseph also made a series of threats on his Facebook account and on the phone against specific federal law enforcement officers. The following includes selected excerpts from these threats:

    a. 8/8/12: "Make no mistake I am going to kill fbi special [A.S.]. . . . There is your threat. . . .    That's what you call a threat, I call it a promise. . . ." As noted above, A.S. is not, in fact, an FBI agent.

    b. 8/10/12: "Turns out that former allentown fbi special agent in charge [G.C.] is now working out of the cleveland, ohio fbi office. . . . I called him last night and left him a message asking him if he remembered me and I asked how his wife and two kids are doing. . . . I guess he wants me to meet them so maybe I'll have to take a trip to Cleveland. . . ."

    c. 9/21/12: "Where is that fbi pig [A.S.] . . . . This is how your going to end up fbi pig [A.S.]. . ." This post attached a graphic photograph of a decapitated FBI agent lying on a bloodied American flag. This post was deleted by Facebook.

    d. 9/21/12: the FBI Philadelphia office received a telephone call from a person identifying himself as Glen Joseph. On the phone call, Joseph said: "Tell [A.S.] I'm gonna cut that fucking FBI bitch up. . . . Do you understand me you FBI fucking bitch?" Joseph also stated that his phone number was (484) 892-2794, which is the number from which threatening messages were sent to the Allentown FBI Office in April 2012. During this call, Joseph said that his address was the Sands Hotel and Casino in Bethlehem, Pennsylvania.

    e. 9/24/12: "fbi special agent [J.F.], that's why I called the new york fbi office and told them first I'm going to fuck you in the ass then I'm going to wrap a

3

cord around your throat ... Did you get the message [J.F.]? ... There is nothing the fbi can do...."

    f. 9/30/12: "[J.F.] takes reigns of new york's fbi office, ... you don't look butchy like most fbi females ... I'm going to have a good time w/ you before I wrap a cord around your throat...." Included with this post is a picture of [J.F.], then-FBI Assistant Director in Charge of the New York Division, with markings across her face.

    g. 11/15/12: "fbi, that night you used that machine on me, former allentown fbi special agent in charge [G.C.] said over that machine 'the fbi is coming to kill you sand nigger', ... I went outside w/ a .357 , I even drove by the allentown fbi office, but there was no fbi cowards to be found anywhere ... what I should have done was shoot out the windows of the allentown fbi office .. That's even a good idea now ...."

    h. 11/15/12: "former allentown fbi special agent [G.C.], I talked to you and special agent [B] on the phone days before you used that machine on me, why would you use your own voices over that machine? ... Probably for the same reason Pennsylvania state trooper [J.C.] used his own voice over that machine ... you three fools must want to die . . . ."

    4.    **2012 Threats Against Lehigh County Officials**: Joseph made threats on his Facebook account against several Lehigh County officials, including Lehigh County Judge R.M., District Attorney J.M., and Assistant District Attorney S.L. The following are excerpts from these threats:

    a. 8/9/12: "Lehigh county d.a. [J.M.] n his lackey [S.L.], you two didn't need a valid warrant when you had my property taken so I guess I don't need one when I walk into your homes and take your property. Keep the front doors to your homes open this weekend maybe we'll stop by and see if there's anything we can use...."

    b. 8/9/12: "district judge [R.M.], you put your name to the warrant just like scumbag lehigh county assistant district attorney [S.L.], why don't you leave your front door open this weekend too...."

    c. 11/20/12: "lehigh county d.a. [J.M.] .... Did you think I was going to threaten you? ...I don't want to disappoint you so I'll do it now ... I should have done you that day I saw you eating lunch at Sewards, I know your [A.S.] and [then-Assistant Chief of Allentown Police Department J.H.]'s boy ... We'll see what happens the next time I bump into you ..."

    5.    **2012 Threats Against President Barack Obama**: During the remainder of 2012, Joseph made a series of threats on his Facebook account against President Barack Obama. The following includes selected excerpts from these threats:

4

a. 10/1/12: "I don't care if you have uncle tom obama in the white house on your side . . . I want my money or I take aim at uncle tom himself . . . You have until 12 noon today to send me a text message saying the money is in my account . . . or I will embarrass this whole weasel government a lot more than its already been embarrassed. . ."

b. 11/12/12: "I can't believe nobody put a bullet in uncle tom obama's brain yet . . . someone bring me a gun I'll do it . . . . uncle tom obama you and your fbi buddies put me in the hospital now you're going to the morgue . . . that's my idea of an eye for an eye . . . ."

### 2012-13 Local Prosecution and Incarceration

6. On or about November 28, 2012, Joseph was arrested by the Pennsylvania State Police and charged with terroristic threats and harassment after Joseph called the Bethlehem Office of the Pennsylvania State Police and threatened to kill State Trooper [J.C.]. The Pennsylvania State Police located Joseph after his September 21, 2012, telephone call to the FBI in which he said he was at the Sands Hotel and Casino in Bethlehem, Pennsylvania.

7. Prior to trial, Joseph was evaluated by a psychiatrist and found to be incompetent to stand trial. Joseph was sent to Torrence State Hospital Regional Psychiatric Center, where he was treated, and regained competency. At that point, Joseph was returned to Lehigh County to stand trial.

8. Joseph was tried and convicted at a bench trial before Lehigh County Common Pleas Judge R.S. on November 19, 2013. On January 14, 2014, Judge R.S. sentenced Joseph to time served to 23 months, followed by 24 months' probation, under the supervision of the Lehigh County probation office.

### 2014 Release from Prison – Resumption and Escalation of Threats

9. Joseph was released from custody on February 12, 2014, and is currently under supervision by the Lehigh County probation office. Almost immediately upon his release, Joseph resumed posting threatening messages on Facebook. On June 5, 2014, he posted: "WHERE ARE ALL MY KILLERS AT" and "RISE."

10. On September 3, 2014 Joseph posted the following message on his Facebook page:

> FBI Special Agent [G.C], where's my picture of your wife and two kids? Remember what you said to me the night you put me in the Hospital when I popped up w/ a .357 ? – "Please don't do this I have a wife and two kids" . . . . now I want to meet them . . . .

11. On September 12, 2014, Eric Matthew Frein shot two Pennsylvania State Police ("PSP") troopers at the Blooming Grove Barracks, killing one and severely injuring the other.

5

The PSP Facebook page was updated to display a PSP patch with a mourning band across it to signify the officer's death. Joseph reposted that picture to his Facebook page, with the comment:

> Pennsylvania State Police, you fuck around here you'll be putting up more of these...

12. On or about September 18, 2014, Joseph posted the following message on his Facebook account directly above a picture of the grim reaper:

> FBI Special Agent [G.C.], if something happened to your wife and one of your two children ... Do you think you would fuck around w/ someone's brain if you think the same thing could happen to you, your wife and two children? FBI Special Agent [G.C.], do you still think you and your family are untouchable?

13. On or about October 2, 2014 Joseph posted a comment on his Facebook page that was attached to an article in which two PSP Troopers were injured on the Eric Frein search when they fell out of a tree stand:

> Pennsylvania State Troopers , you're having all this trouble w/ one man ... What are you going to do when my Facebook Page hits the news and people find out what you are involved in w/ the FBI ? It's going to go from "Go Sniper" to "Go Sniper(s)".

14. On October 5, 2014 Joseph posted the following post on his Facebook page attached to a picture of Lehigh County Judge R.S. and his wife:

> Judge [R.S.], all of a sudden you fucking me around after your FBI friends called me a "Sand Nigger" using Microwave Technology ... Judge [R.S.], smiling ear to ear laughing at my Trial and at my Sentencing ... bad, bad, bad idea.

15. On October 6, 2014 Joseph posted the following on his Facebook page attached to a picture of the Lehigh County Courthouse and an article about Joseph's arrest in November 2012:

> Pennsylvania State Police, you couldn't do a better job of covering up what you are involved in then this? Now why would anyone want to kill Pennsylvania State Troopers? Because of what they are involved in w/ the FBI, that's why. The only good State Trooper is a dead State Trooper ...

16. On October 6, 2014 Joseph posted the following on his Facebook page attached to a picture of Judge R.S. and his wife, along with defense attorney M.P., Lehigh County District Attorney J.M., and Lehigh County Assistant District Attorney S.L.:

> You sent Parole Officers to my house again. You will not learn, you have to be taught.

17. On October 8, 2014 Joseph posted the following post on his Facebook account attached to a picture of Judge R.S.:

> ... I told this scumbag Judge to vacate the decision and nothing happened. ... Judge [R.S.], our white FBI friends calling an Arab a "Sand Nigger" and then you fucking that "Sand Nigger" around ... Judge [R.S.] you must pay for what you did ..."

18. On October 22, 2014, Joseph posted the following post on his Facebook account about Judge R.S., along with a photograph of Judge R.S. and his wife:

> Parole Appointment 1:00 P. M Today ... They still did not see the error of their ways, it has to be taught to them. The whole 15 Months I was in Prison my family was being told I couldn't be bailed out. The involved my family so turn about is fair play. . . . Judge [R.S.] was this photo taken while I was in Prison? This after I was called a Sand Nigger by the FBI via Microwave Technology. Judge [R.S.], you brought your wife up at my Sentencing when you were laughing and smiling at me ..."

**Link Between Facebook Posts and Glen Joseph**

19. Facebook is an internet social networking service and website. Users create personal profiles and are able to communicate and exchange information including messages and pictures with other Facebook users. Facebook allows its users to create their own privacy settings; controlling who has access to different parts of their Facebook pages; various parts of an individual's Facebook pages can be listed as public or private.

20. Through this investigation, I learned that Joseph has a "public" Facebook account, meaning that others can view portions of Joseph's Facebook account without requesting permission from or otherwise notifying Joseph. Upon information and belief, this "public" setting for a Facebook account is entirely at the account owner's discretion.

21. All the Facebook posts documented above were made to the Facebook page of user name, "Glen Joseph." Facebook assigns a User Id number to each Facebook account holder. The Facebook User Id number associated with all documented posts contained herein, glen.joseph.378.

22. Joseph has posted photographs of himself on his Facebook page. I have spoken with Joseph in person, and I recognize the photographs to be pictures of Joseph.

23. On or about December 18, 2012, a search warrant was issued to Facebook for all Facebook records for the individual assigned User Id glen.joseph.378, and using the name "Glen Joseph, as well as the associated Internet Protocol (IP) addresses used by Joseph to post the various threats outlined above. Facebook provided information regarding Glen Joseph's Facebook account, including IP addresses for specific posts and pictures.

24.     By virtue of operating via computers and through the internet, communications made through the Facebook website are transmitted in interstate commerce.

## IV. CONCLUSION

25.     I respectfully submit that there is probable cause to believe that Glen Joseph has violated Title 18, United States Code, Section 875(c) and request that a warrant for his arrest be issued.

26.     I also respectfully request that this affidavit and accompanying criminal complaint and warrant be sealed for the protection of law enforcement serving the complaint, until further order of the Court.

Respectfully submitted,

ANTHONY V. CAVALLO
FBI SPECIAL AGENT

Sworn to and subscribed before me this _30th_ day of October, 2014.

THE HONORABLE HENRY S. PERKIN
UNITED STATES MAGISTRATE JUDGE